**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-7411**

———————————

KEVIN SILER,

Plaintiff - Appellant,

versus

EUGENE NUTH, Warden, M.C.A.C.; RICHARD LANHAM,
Commissioner of Correction; ARCHIE GEE,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. M. J. Garbis, District Judge. (CA-96-323-
MJG)

———————————

Submitted: January 9, 1997          Decided: February 5, 1997

———————————

Before HALL and MICHAEL, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Kevin Siler, Appellant Pro Se. John Joseph Curran, Jr., Attorney
General, Glenn T. Marrow, OFFICE OF THE ATTORNEY GENERAL OF MARY-
LAND, Baltimore, Maryland, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (1994) complaint and motion under Fed. R. Civ. P. 60(b). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Siler v. Nuth, No. CA-96-323-MJG (D. Md. Aug. 12, 1996; Sept. 20, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED